UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES JOHNSON, ) ) ) *Plaintiff*, ) ) v. ) ) SCI HUNTINGTON STAFF, ) ) *Defendants*. ) ) _____ ) | Civil Action No. 17-59 Erie ORDER |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, there being no objections thereto, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (ECF 7).

(2) This action is **DISMISSED** due to Plaintiff's failure to prosecute.

(3) The case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 6th day of December, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE